UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  1:26-cv-22179-XXXX

TIFFANIE SCOTT,

     Plaintiff,

v.

ARBORMETRICS SOLUTIONS, LLC,

     Defendant.

_____/

## NOTICE OF REMOVAL

Defendant ARBORMETRICS SOLUTIONS, LLC ("Defendant"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida.  The removal of this action is based upon the following:

1.     On February 12, 2026, Plaintiff TIFFANIE SCOTT ("Plaintiff") filed a Complaint in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, entitled *Tiffanie Scott V. Arbormetrics Solutions, LLC*, Case No. 2026-003018-CA-01 (hereinafter referred to as the "State Court Action").

2.     Plaintiff's Complaint contains the following causes of action against Defendant: (1) alleged discrimination ("First Cause of Action"); (2) alleged retaliation ("Second Cause of Action"); (3) alleged wrongful termination ("Third Cause of Action"); and (4) alleged defamation per se ("Fourth Cause of Action").

3.      Plaintiff's Complaint is confusing and co-mingles alleged violations of law, but, within each cause of action, she alleges that the following laws were violated:

- Alleged discrimination: (a) Title VII of the Civil Rights Act, 42 U.S.C. §2000e ("Title VII"); and (b) the Florida Civil Rights Act ("FCRA");

- Alleged retaliation: (a) Title VII; (b) the FCRA; and (c) the Florida Private Sector Whistleblower Act, Fla. Stat §448.102 ("Florida Whistleblower Act");

- Alleged wrongful termination: (a) Title VII; (b) the FCRA; and (c) the Florida Whistleblower Act.[1]

4.      This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted federal claims under Title VII in her First, Second, and Third Causes of Action. This Court has supplemental jurisdiction over Plaintiff's FCRA, Florida Whistleblower Act, and Defamation per se claims pursuant to 28 U.S.C. §1367(a) because Plaintiff's state-law based claims are so related to the federal claims as to form part of the same case or controversy. Thus, this action is removable in its entirety.

5.      Defendant received formal service of the Complaint and Summons on March 10, 2026. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty (30) days from the date on which Defendant received notice of the State Court Action.

6.      For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§1331, 1441.

7.      The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, Miami Division. *See* 28 U.S.C.

---

[1] Defamation per se is a common law claim.

2

§1441(a). The Southern District, Miami Division is the appropriate venue because Plaintiff filed the State Court Action in Miami-Dade County, Florida.

8.      A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite Exhibit A, as required by 28 U.S.C. §1446(a).

9.      Pursuant to 28 U.S.C. §1446(d), Defendant has provided written Notice of the Removal to Plaintiff and has filed a copy of this Notice of Removal in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida. A copy of Defendant's Notice of Filing Notice of Removal is attached hereto as Exhibit B.

DATED this 30th day of March 2026.          Respectfully submitted,

**LITTLER MENDELSON, P.C.**
Miami Tower
100 SE 2nd Street, Suite 4300
Miami, Florida  33131
Tel:  (305) 400-7500

By: _/s/ Joshua R. Paikowsky_
Aaron Reed
Florida Bar No. 0557153
E-mail: _areed@littler.com_
Joshua R. Paikowsky
Florida Bar No. 1018931
E-mail: _jpaikowsky@littler.com_

***Counsel for Defendant***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of March 2026, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF, as well as via E-mail, on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

*/s/ Joshua R. Paikowsky*
Joshua R. Paikowsky

## SERVICE LIST

Tiffanie Scott
E-mail: *T.Scott00.ts@gmail.com*
26922 SW 135th Avenue
Homestead, Florida 33032

*Pro se Plaintiff*
*Served via E-mail and U.S. Mail*